IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBBIE BARAJAS, Individually and as the
Representative of the Estate of
BALDOMERO BARAJAS, Deceased,

                Plaintiff,

v.                                        NO. 2:15-CV-00350 KG/LAM

UNION PACIFIC RAILROAD COMPANY,

                Defendant.

## STIPULATED ORDER

THIS MOTION came before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice. The Court has reviewed the Motion, considered that Defendant does not oppose, and hereby finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Amended Petition filed in this matter on July 28, 2015 [Doc. 37], is hereby DISMISSED WITH PREJUDICE, all parties shall be responsible for their own costs and fees;  and all current deadlines and settings are hereby VACATED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Glasheen, Valles & Inderman, LLP

/s/ Martha Chicoski_____
Martha Chicoski
John Cook
*Attorneys for Plaintiff Debbie Barajas*



Approved by:

/s/ electronically approved on 10/28/15
John S. Thal
Justin D. Rodriguez
Atkinson, Thal & Baker, PC
201 3rd Street NW; Suite 1850
Albuquerque, NM 87102
*Attorneys for Defendant Union Pacific Railroad Company*


/s/ electronically approved on 10/29/15
John Stiff, Esq.
Stiff, Keith & Garcia, LLC
400 Gold Avenue, SW, Suite 1300W
Albuquerque, New Mexico 87102
*Attorneys for Counter- Defendant Debbie Barajas*