**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DEBBIE BARAJAS, Individually and as
The Representative of the Estate of
BALDOMERO BARAJAS, Deceased,

      Plaintiff,

v.                                        2:15-cv-00350-KG-LAM

UNION PACIFIC RAILROAD
COMPANY,

      Defendant.

**ORDER OF DISMISSAL *WITH PREJUDICE***

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss Remaining Claims and Counterclaims *With Prejudice* (Doc. 58), and the Court having reviewed the motion, and determined that it is unopposed, hereby finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all remaining claims and counterclaims which were or could have been asserted in this matter shall be and hereby are dismissed *with prejudice*.

IT IS FURTHER ORDERED that the Parties' Settlement Agreement and Release dated October 26, 2015, is hereby incorporated by reference as a term of this Order and shall be and hereby is specifically enforceable by and through this Order. This matter is closed and Final Judgment by the Court shall be entered accordingly.

IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Justin D. Rodriguez*
Justin D. Rodriguez
Atkinson, Thal & Baker, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
*Attorneys for Counterclaim Plaintiff*


APPROVED BY:

*/s/ John S. Stiff (approved via e-mail 1.21.16)*
John S. Stiff & Associates, LLC
400 Gold Avenue, SW, Suite 1300W
Albuquerque, NM 87102
505-243-5755
*Attorney for Counterclaim Defendant*